IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01093-BNB

JOHN MAHIRKA, SR.,

      Plaintiff,

v.

DRDC DOC THE GUARDS, and
MEDICAL AND THE FOOD SERVICE AND THE MAJOR IN CONTROL FOR NOT GIVING ME A GRIVIECE [sic],

      Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff John Mahirka, Sr., filed *pro se* on July 28, 2006, a letter in which he asks the Court to reconsider and vacate the Order and Judgment of Dismissal filed on July 20, 2006. The Court must construe the motion to reconsider liberally because Mr. Mahirka is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Mahirka filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to

reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the complaint and the instant action without prejudice for failure to cure the designated deficiencies. The Court specifically determined that Mr. Mahirka failed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. The reasons for the dismissal are discussed in detail in the Order and Judgment of Dismissal filed on July 20, 2006.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Mahirka fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. Mahirka does not allege the existence of any new law or evidence, and the Court remains convinced that Mr. Mahirka failed to submit a properly certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the letter that Plaintiff John Mahirka, Sr., filed *pro se* on July 28, 2006, and which the Court has treated as a motion to alter or amend the judgment

pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this ____ day of ___Aug___, 2006.

BY THE COURT:

*/s/ Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01093-BNB

John Mahirka, Sr.
Prisoner No. 52957
DRDC
PO Box 392004
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  8/9/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk