IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01093-ZLW

JOHN MAHIRKA, SR.,

    Plaintiff,

v.

DRDC DOC THE GUARDS, and
MEDICAL AND THE FOOD SERVICE AND THE MAJOR IN CONTROL FOR NOT GIVING ME A GRIVIECE [sic],

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2006

GREGORY C. LANGHAM
                   CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the letter to the clerk of the Court submitted by Plaintiff John Mahirka, Sr., and filed with the Court on August 8, 2006. In the letter, Mr. Mahirka asks for the return of all the evidence he submitted in this action. The request is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

Dated: August 10, 2006

Copies of this Minute Order mailed on August 10, 2006, to the following:

John Mahirka, Sr.
Prisoner No. 52957
DRDC
PO Box 392004
Denver, CO 80239

                                               Secretary/Deputy Clerk